**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| D.S., *as parent and next friend of her minor son, K.F,* | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-3256 |
| MADISONVILLE CONSOLIDATED I.S.D. *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

The plaintiffs motion for appointment of guardian ad litem, (Docket Entry No. 34), is granted. Seth Kretzer, Esq. is appointed as guardian ad litem to protect the interest of the minor child, K.F. Mr. Kretzer's contact information is as follows:

Law Offices of Seth Kretzer
Galleria Tower II
Post Oak Tower
5051 Westheimer, Suite 1850
Houston, Texas 77056-5604
(713)775-3050
seth@kretzerfirm.com

A hearing on the settlement is set for **August 12, 2009, at 9:00 a.m.**

SIGNED on May 11, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge